UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Taiyuan Jackson #HC04252210751, | ) | C/A No. 4:25-cv-01332-JD-TER |
| *also known as* | ) | |
| *Tai'Yuan Ja'Rel Jackson*, | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy Livesay, Christopher B. White | ) | |
| CSS Davis, Myrtle Beach Police Department, | ) | |
| | ) | |
| Defendants. | | |

_____

On March 28, 2025, Plaintiff submitted a change of address for an outside address; however, the mail came from J. Reuben Long Detention Center and public records showed Plaintiff was still incarcerated in the Detention Center at that time. On March 31, 2025, Plaintiff was ordered to inform the court where Plaintiff was located, which was mailed to both addresses and neither returned as undeliverable. Plaintiff failed to comply with the court's order and the time for compliance has passed. The address change appearing to direct mail to a person other than himself is rejected[1] and the Clerk shall reflect only the detention center address on the docket. Out of an abundance of caution, Plaintiff is given a second opportunity to provide his address. **Plaintiff shall inform the court of his physical address within 20 days of the date of this order**. Because service was issued in part, the USMS has been directed by the Clerk to hold further service of process activity due to Plaintiff's noncompliance; upon compliant response, this hold will be lifted and consideration of extension of the service deadline will be given. **If Plaintiff does not appropriately respond to the court's order within the time permitted by this Order, this entire case may be dismissed for**

---

[1] Due to the circumstances, a courtesy copy of this order is being sent to the outside address in addition to the original address of J. Reuben Long Detention Center.

**failure to prosecute and failure to comply with an order of this Court under Rule 41 of the Federal Rules of Civil Procedure.**

    IT IS SO ORDERED.

April 23, 2025  
Florence, South Carolina

<u>s/ Thomas E. Rogers, III</u>  
Thomas E. Rogers, III  
United States Magistrate Judge